UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AADI BIOSCIENCE,INC.,

                Petitioner,

      - against -

EOC PHARMA (HONG KONG) LIMITED,

                Respondent.

24-cv-9412 (JGK)

**ARBITRATION AWARD
SCHEDULING ORDER**

---

**JOHN G. KOELTL, District Judge:**

    A petition to confirm an arbitration award has been filed with this Court.

    The respondent shall serve and file papers in response to the petition by **February 5, 2025.**

    The petitioner shall serve and file any reply papers by **February 26, 2025.**

    The petitioner is directed to serve a copy of this order along with the petition on the respondent.

**SO ORDERED.**

Dated:    New York, New York
          January 9, 2025

                           John G. Koeltl
                United States District Judge