**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

AADI BIOSCIENCE, INC.,

                     Petitioner,                  24 **CIVIL** 9412 (JGK)

    -against-                               **JUDGMENT**

EOC PHARMA (HONG KONG) LTD.,

                     Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 21, 2025, the petitioner's petition to confirm the Award is granted. Accordingly, the case is closed.

**Dated**: New York, New York

    July 22, 2025

                                                               **TAMMI M. HELLWIG**
                                                                  Clerk of Court

                 **BY:**

                                                                    **Deputy Clerk**